AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gerdes, William D. | District Court - South Dakota | 09/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Part-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
102 4th Ave SE
Aberdeen, SD 57401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Gerdes & McNeary, P.C. |
| 2. | Director and President of Board of Directors | Northeastern Mental Health Center |
| 3. | Director | Northeastern Mental Health Center Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerdes, William D. | 09/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Gerdes & McNeary, PC - salary | $37,200.00 |
| 2. | 2018 | Gerdes & McNeary, PC - income from S Corporation | $33,879.82 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Tom & Danielle Aman Foundation - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerdes, William D. | 09/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerdes, William D. | 09/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American General - IRA (H) | | | | | | | | | |
| 2. -American General fixed fund | A | Int./Div. | J | T | | | | | |
| 3. AXA - Equitable : IRA - 1 (H) | | | | | | | | | |
| 4. -Guaranteed Interest Account | A | Int./Div. | J | T | | | | | |
| 5. -EQ / Com Stock Index | A | Int./Div. | K | T | | | | | |
| 6. -EQ / Equity 500 Index | A | Int./Div. | J | T | | | | | |
| 7. -AXA Moderate Allocation | A | Int./Div. | J | T | | | | | |
| 8. - EQ / GAMCO Small Company Value | A | Int./Div. | J | T | | | | | |
| 9. AXA - Equitable: IRA - 2 (H) | | | | | | | | | |
| 10. - AXA Moderate Allocation | A | Int./Div. | J | T | | | | | |
| 11. - Multimanager Small Cap Value | A | Int./Div. | J | T | | | | | |
| 12. - EQ / Mariso Focus | A | Int./Div. | J | T | | | | | |
| 13. - EQ / BlackRock Basic Value Equity | A | Int./Div. | J | T | | | | | |
| 14. - EQ / Boston Advisors Equity, Inc. | A | Int./Div. | J | T | | | | | |
| 15. Gerdes & McNeary, PC | | None | K | W | | | | | |
| 16. Federated Insurance - whole life insurance policy | A | Int./Div. | L | T | | | | | |
| 17. Edward Jones - Account 1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerdes, William D. | 09/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - JPM US Govt Mny Mkt Capital (X) | A | Int./Div. | J | T | | | | | |
| 19.  - Money Market Investment Shares (X) | A | Int./Div. | J | T | | | | | |
| 20.  - American Capital World Bond (X) | A | Int./Div. | J | T | | | | | |
| 21.  - Bridge Builder Core Bond (X) | A | Int./Div. | J | T | | | | | |
| 22.  -Bridge Builder Core Plus Bond (X) | A | Int./Div. | J | T | | | | | |
| 23.  -PIMCO High Yield (X) | A | Int./Div. | J | T | | | | | |
| 24.  - Bridge Builder Intl Equity (X) | A | Int./Div. | J | T | | | | | |
| 25.  -Bridge Builder Large Growth (X) | A | Int./Div. | J | T | | | | | |
| 26.  -Bridge Builder Large Value (X) | A | Int./Div. | J | T | | | | | |
| 27.  -Bridge Builder Small / Mid Growth (X) | A | Int./Div. | J | T | | | | | |
| 28.  - Bridge Builder Small / Mid Value(X) | A | Int./Div. | J | T | | | | | |
| 29.  - Franklin Mutual Shares R6 (X) | A | Int./Div. | J | T | | | | | |
| 30.  - Ishares Russ 2000 ETF (X) | A | Int./Div. | J | T | | | | | |
| 31.  -Ishares S&P SC 600 Value ETF (X) | A | Int./Div. | J | T | | | | | |
| 32.  - Vanguard FTSE All-World Ex-US (X) | A | Int./Div. | J | T | | | | | |
| 33.  - Vanguard FTSE Dev Mkts ETF (X) | A | Int./Div. | J | T | | | | | |
| 34.  - Vanguard Value ETF | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerdes, William D. | 09/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Edward Jones - Account 2 (H) | | | | | | | | | |
| 36. - TRP U.S. Treasury Money I (X) | A | Int./Div. | J | T | | | | | |
| 37. - Money Market Fund Retirement Shares (X) | A | Int./Div. | J | T | | | | | |
| 38. - JH Bond R6 (X) | A | Int./Div. | J | T | | | | | |
| 39. - PGIM Total Return Bond R6 (X) | A | Int./Div. | J | T | | | | | |
| 40. - American Balanced F3 (X) | A | Int./Div. | J | T | | | | | |
| 41. - Hartford Balanced Income F (X) | A | Int./Div. | J | T | | | | | |
| 42. - American New perspective F3 (X) | A | Int./Div. | J | T | | | | | |
| 43. -Hartford Midcap F (X) | A | Int./Div. | J | T | | | | | |
| 44. - JH International Growth R6 (X) | A | Int./Div. | J | T | | | | | |
| 45. - Opphn Small-Mid Caompany I (X) | A | Int./Div. | J | T | | | | | |
| 46. Gerdes Family Limited Liability Partnership assessed value $35,763.75 | B | Rent | | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I
I resigned from the positions with Northeastern Mental Health Center and Northeastern Mental Health Center Foundation in November of 2018

William D. Gerdes, PC became Gerdes & McNeary, PC through change of ownership in a legal practice. Changes are shown in Part I line 1, Part III lines 1 and 2, and Part VII line 15.

Part VII
Line 15
All income from Gerdes & McNeary, PC is reported as Non-Investment Income in Part III.

Part VII
Line 46
Gerdes Family Limited Liability Partnership was created through funds distributed through an inheritance in 2018. I own a one-fourth interest in the entity. The total assessed value is $143,045 and my one-fourth interest of the assessed value if $35,763.75
Gerdes Family Limited Liability Partnership owns land in Hand County, South Dakota.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William D. Gerdes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544